

In The
United States District Court
For The
Southern District of West Virginia
Bluefield Division

**Larry Arnold Young,**
        Plaintiff,
    V

1:25-cv-00594

**Lori Mills,**
        Defendant.

## COMPLAINT FOR CRIMINAL CASE

**1. Parties to this Complaint:**

    A.    Larry Arnold Young, Plaintiff
           382 Presbyterian Avenue
           Lashmeet, Mercer County
           West Virginia 24733
           304-920-9490
           young.larry.a.1949@gmail.com

    B.    Lori M. Mills, Defendant
           642 Rockbridge Street
           Bluefield, West Virginia 24701
           304-325-345
           lorimills@mercercountywv.org

**2. The amount in controversy:**
If all my Criminal Complaints are Granted the Total will amount to over $75,000.00 dollars.

**3. Statement of the Claim:**
See 7-page Complaint attached.

**4. Relief requested:**
I am respectfully rquesting this Honoable Court to Grant me $64,000.00 dollars damages plus an additional $10,000.00 dollars mental anguish. It is forever Prayed.

**5. Basis for Jurisdiction:**
The right of people to be secure in their Houses and effects against unreasonable searches and seisures shall not be Violated and No Warrants or Demolition Orders shall Issue, but upon reasonable cause, supported by Oath or Affirmation, and particularly describing the place to be searched and the persons or things to be seized.

*Larry Arnold Young*
Plaintiff

**6. Certification:**

*Elsie Bailey*
Witness

Brought to and Sworn to before me this the 8th day of October, 2025 by the Plaintiff ___Larry Arnold Young___ and witnessed by ___Elsie Bailey___ who personally appeared before me.

NOTARY: _____ of the County of Mercer County in the State of West Virginia. My commission expires _July 18 2030_.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Tabitha D. Thomas
1015 Princeton Avenue
Princeton, WV 24740
My Commission Expires July 18, 2030

## Criminal Complaint Against Lori Mills

**1.** This criminal complaint is being filed against Lori Mills this the 8th day of October, 2025 for Trespassing on my 11.5 acres of Real Estate located in Deed Book 589 Page 751 lying on the waters of Bluestone River, Rock District, Mercer County West Virginia on **11/4/2024** and criminally ordered Lusk Disposal to Demolish my **Home** that was located on Lot #1 at 114 Arrowhead Avenue, my **Guest House** that was located on Lot #2 at 134 Arrowhead Avenue, and **4 Storage Buildings** that were located on Lots 4, 5, 6 & 11 Arrowhead Avenue that were used to dry fresh cut lumber from my sawmill for 6 months and my **previous Home** that was located on Lot #19 at 303 Tomahawk Loop. See **Exhibit A**. See **Mailbox** with Larry Young 114 on it and my **Home** at Lot #1 on 114 Arrowhead Avenue marked **Exhibit 1-a. See Exhibit 1-b** taken 11/4/2024 Mailbox ripped off stand approximately noon just before my **Home** was Demolished by Lusk Disposal. **See Exhibit 1-c.** Lusk excavator demolishing my Home. **Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Home** that was located on Lot #1 at 114 Arrowhead Avenue or pay me $10,000.00 to replace my **Home** myself and Grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**2.** On **11/4/2024** Lori Mills Trespassed on my 11.5 acres of real estate and criminally instructing Lusk Disposal to demolish my **Guest House** that was located
on Lot #2 at 134 Arrowhead Avenue. See **Exhibit 2-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Guest House** that was located on Lot #2 at 134

*l*

on Lot #2 at 134 Arrowhead Avenue. See **Exhibit 2-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Guest House** that was located on Lot #2 at 134 Arrowhead Avenue or pay me $10,000.00 to replace my **Guest House** myself and Grant me any such further relief this Honorable Court deems just and Appropriate. It is forever Prayed.

3.   On **11/4/2024** Lori Mills Trespassed on my 11.5 acres of real estate and criminally instructing Lusk Disposal to demolish my **Storage Building** that was located on Lot #4 at 186 Arrowhead Avenue. **See Exhibit 3-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my Storage Building that was located on Lot #4 at 186 Arrowhead Avenue that was used to dry fresh cut sawmill lumber for 6 months or pay me $5,000.00 dollars to replace my storage building myself and Grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

4.   On **11/4/2024** Lori Mills trespassed on my 11.5 acres of real estate and criminally instructing Lusk Disposal to demolish my **Storage Building** that was
located on Lot #5 at 212 Arrowhead Avenue on 11/4/2024. **See Exhibit 4-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Storage Building** that was used to dry fresh cut sawmill lumber for 6 months or pay me $5.000.00 dollars to replace my **storage building** myself and Grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**5.** On **11/4/2024** Lori Mills trespassed on my 11.5 acres of real estate and criminally instructing Lusks Disposal to demolish my **Storage Building** that was located on Lot #6 at 226 Arrowhead Avenue. **See Exhibit 5-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Storage Building** that was located on Lot #6 at 226 Arrowhead Avenue and used to dry fresh cut sawmill lumber for 6 months or Grant me $5,000.00 dollars to replace my storage building myself and grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**6.** On **11/4/2024** Lori Mills trespassed on my 11.5 acres of real estate and criminally instructing Lusk Disposal to demolish my **Storage Building** that was located on Lot #11 at 205 Arrowhead Avenue. **See Exhibit 6-a. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Storage Building** that was located on Lot #11 at 205 Arrowhead Avenue and used to dry fresh cut sawmill lumber for 6 months or Grant me $5,000.00 dollars to replace my **storage building** myself and grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**7.** On **11/4/2024** Lori Mills trespassed on my 11.5 acres of real estate and criminally instructing Lusk Disposal to demolish my **previous Home** that was located on Lot #19 at 303 Tomahawk Loop. **(See Exhibit 7-a)** See **Exhibits 7-b thru d.** The excavator operator unhooked my previous home from my mobile home Toter, dragged it over top of my 200 cinder blocks I had paid to have neatly stack on wooden pallets and demolished my **Home. Relief** can be Granted by this Honorable Court Ordering Lori Mills to replace my **Home** or pay me

$10,000.0 dollars to replace my home myself and Grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**8.** On **11/4/2024** Lori Mills guilty of Trespassing on my 11.5 acres of real estate and causing Lusk Disposal to rip out my underground electrical wiring and Power pedestals with 200-amp breakers in them, rip out my underground Telephone and Tele-cable lines along with my junction boxes, rip out my water meters and water lines and rip out my 6 inch underground septic system plumbing. **See exhibits 3-b, 4-b 5-b & 6-b. Relief** can be Granted by this Honorable Court Ordering Lori Mills to have each and every one of my utility connections hooked back up that was ripped out on 7 lots by Lusk Disposal or pay me $14,000.00 dollars to hook all my utility connections back up myself and Grant me any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

**9.** On **6/26/2023** Lori Mills remained on my 11.5 acres of real estate located on parcel 39 on lot 28 after me asking her to leave and made an unlawful inspection of my 4 storage buildings that were exempt from Lori Mills Dilapidated Structure Inspections and were not dilapidated in the first place causing at least $64,000.00 dollars damages by Lusk Disposal to my deceased Mother's Appraised Estate. **See Exhibit 8-a.** Lori Mills was supposed to get a signed and notarized complaint from an individual supposedly complaining about my 11.5 acres of real estate and present this complaint to a Judge to apply for a warrant to enter past my **Posted, No Trespassing, Private Property, Keep Out** signs at both driveway entrances to my property. Lori Mills was to have the warrant served on me and

4

give me 5 days to schedule a meeting with her at my convenience, describing the physical location of the place or places complained about in her warrant, who was complaining on the sworn and notarized affidavit, and her purpose for this warrant, before entering my property on the convenient date scheduled by myself for the meeting and describe the damages to my storage buildings (that didn't need any repairs in the first place) and give me 30 days to correct whatever the informant was complaining about on the sworn affidavit accompanying the Warrant signed by the Judge that issued the Warrant. My storage buildings were exempt from Lori Mills Dilapidated Structure Inspections in the first place. I told her that she was going to be sued for trespassing and harassing me inflicting constant mental anguish upon myself if she didn't get off my property and stay off my property that was Willed to me on the entire second page of my Mother's Last Will and Testament. Lori Mills even trespassed on my property the day Jack Danieley came down there and checked every one of my buildings to make sure they were all perfectly level just like the day Jack Danieley placed them on my 11.5 acres of real estate that I paid $27,770.00 dollars for from Mountaineer Trail Club on 7/3/1980 and were leveled with a water level. See **Exhibit 9-a**. I asked Lori Mills who signed the Sworn and Notarized complaint to accompany the application for a warrant for her to legally enter onto my property under my supervision. She said: **"No One"**. I asked her who complained about the appearance of my storage buildings. She said **she did**. <u>Relief</u> can be Granted by this Honorable Court finding Lori Mills guilty of trespassing on my property on at least 4 separate occasions, remaining there after I told her to get off my property, not informing me of her purpose for trespassing, invading my privacy, Harassing me, causing

5

constant Stress and Strain, Depression and Anxiety attacks and ignoring my No Trespassing signs like she is immune from prosecution and causing approximately $64,000.00 dollars damages to my 11.5 acres of real estate by Lusk Disposal. I am also respectfully requesting this Honorable Court to Grant me $64,000.00 dollars damages caused by Lori Mills on 11/4/2024 and any such further relief this Honorable Court deems just and appropriate. It is forever Prayed.

## ARGUMENT

**12.** Nothing was to have been removed from Edna G. Young's $191,832.00 dollar Appraised Trust Estate until after it goes thru Probate Court and then only by approval of the Probate Judge. When these buildings were abandoned on 3/10/2022 by tenants that were unlawfully evicted by Wanda Carol Donahue and Glenda Darlene Lawson they were automatically incorporated into Young's Mobile Home Park that is still in Edna Young's name and Larry Arnold Young is the sole Beneficiary of the 11.5 acres of real estate on the entire second page of Edna G. Young's Last Will and Testament. **See Exhibits 1, part a & Exhibit 1 respectively.**

**13.** On 1/8/2024 Lori Mills had been dismissed from this case and any future proceedings in this matter by the Honorable Judge Sadler in case #23-P-625-D1 in paragraph 4, therefore Lori Mills had no business unlawfully trespassing on my property on 11/4/2024 and unlawfully instructing the demolition of my Home, My Guest House, My Storage Buildings used to dry fresh cut lumber from my sawmill that was placed on Lot #5

at 212 Arrowhead Avenue on 11/4/2024. **See Exhibits 4-b & 4-c.**

**14.** On 11/4/2024 Lori Mills trespassed on my property and stood in front of Lot #5 at 212 Arrowhead Avenue and made a video recording of Lusk Disposals Excavator demolishing my Home on lot 1 and stated on the video that she was demolishing 7 Flood-soaked Mobile Homes. Every Mobile Home or storage Building that was ever placed on my 11.5 acres of real estate for the past 38 years were all jacked up and blocked perfectly level at least one foot above the highest flood plain for over the past 100 years and were never flood soaked.

### RELIEF REQUESTED

I am respectfully requesting this Honorable Court to Grant me approximately $64,000.00 dollars damages caused by Lori Mills to my 11.5 acres of real estate located in Deed Book 589 on Page 751 lying on the waters of Bluestone River, Rock District, Mercer County, West Virginia 24747 by Lusk Disposal on 11/4/2024. It is forever Prayed.

Respectfully submitted,

*Larry Arnold Young*

Larry Arnold Young

## Certificate of Service

  This is to certify that I, Larry A. Young filing pro se this the 8th day of October, 2025 have served copies of my criminal complaint against Lori Mills to the parties as properly listed below by placing same in the United States Mail with appropriate first-class postage affixed thereon to insure delivery:

United States District Court, Clerk
Elizabeth Kee Federal Building
601 Federal Street, Room 1000
Bluefield West Virginia 24701

Lori Mills
642 Rockbridge Street
Bluefield, West Virginia 24701

            Respectfully submitted,

            *Larry Arnold Young*